IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:09-cv-36-BO

| | |
|---|---|
| LAWRENCE WILDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| WILMINGTON NORTH CAROLINA ) | |
| POLICE DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on a motion by plaintiff seeking the appointment of effective counsel, relief from a judgment or order pursuant to Rule 60 of the Federal Rules of Civil Procedure, and the recusal of Judge Terrence W. Boyle and alleging violations of 18 U.S.C. §§ 241–42. This case has been dismissed, judgment has been entered, appeals have been taken, and mandates have issued. Plaintiff's current motion, which is at best difficult to decipher, does not appear to provide the Court with any basis upon which to provide plaintiff with any relief.

Accordingly, plaintiff's motion [DE 29] is DENIED.

SO ORDERED, this 31 day of May, 2021.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE