IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:09-CV-36-BO

| | |
|---|---|
| LAWRENCE WILDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| WILMINGTON NORTH CAROLINA POLICE ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on a motion by plaintiff, proceeding *pro se*, seeking courtesy copies. Plaintiff has also filed a motion seeking to change venue, notice of an appeal, a hearing, and recusal of the undersigned. Plaintiff has listed nine cases in the caption of each motion.

Plaintiff's motions are difficult to decipher and do not appear to provide the Court with any basis upon which to provide plaintiff with any relief. *See* Fed. R. Civ. P. 7(b); *see also United States v. Glass*, 317 F.2d 200, 202 (4th Cir. 1963) (indigent party must show particularized need to obtain copies at government expense).

Accordingly, plaintiff's motions [DE 41 & 42] are DENIED. However, to the extent [DE 42] can be construed as a notice of appeal, the Clerk of Court is DIRECTED to transmit [DE 42] to the Fourth Circuit Court of Appeals.

SO ORDERED, this ___ day of August 2024.

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE